UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

_Peterson_

            Plaintiff(s),

- v -

_City of New York_

            Defendant(s).

-------------------------------------------------------X

**Case Management Plan**

_07_ CV. _711_ _____ (RMB)

      The following Case Management Plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i)     Joinder of additional parties by _December 14, 2007_

(ii)    Amend the pleadings by _December 21, 2007_

(iii)   All discovery to be **expeditiously** completed by ~~April 1, 2008~~ _3/3/08_

(iv)   Consent to Proceed before Magistrate Judge ~~Consent withheld~~.

(v)    Status of settlement discussions _with principals on 3/3/08 @ 10:00_

**Sections vi through xi will be set at conference with the Court.**

(vi)   Motions _____

(vii)  Oral Argument _____

(viii) Joint Pre-Trial Order to be submitted by _____

(ix)   Final Pre-Trial Conference _____

(x)    Trial _____

(xi)   Other _____

**SO ORDERED:** New York, New York

          _11/1/07_

_RMB_
_____
Hon. Richard M. Berman, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/1/07