# MEMO ENDORSED



APR ( 2008

| | | |
|---|---|---|
| **MICHAEL A. CARDOZO**<br>*Corporation Counsel* | **THE CITY OF NEW YORK**<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **JORDAN M. SMITH**<br>(212) 788-0869<br>fax: (212) 788-9776<br>josmith@law.nyc.gov |

April 8, 2008

**BY HAND**
The Honorable Richard M. Berman
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 650
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/9/08

Re: Blaine Peterson v. City of New York, et al.
    07-CV-7111 (RMB)(MHD)

Your Honor:

I am an attorney in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, supervising the defense of the above-referenced federal civil rights lawsuit. I respectfully write to request that Assistant Corporation Counsel Maurice Hudson, who is assigned by this office to the defense of this case, be permitted *pro hac vice* to depose plaintiff Blaine Peterson under the supervision of an admitted attorney from this office.[1] Plaintiff's counsel, Leo Glickman, Esq., consents to this request. The reasons for this request are set forth below.

Assistant Corporation Counsel Hudson has been handling the case under my supervision since its inception. Mr. Hudson interviewed defendant Juan Maldonado, one of the correction officers involved with the incident in question, and has a thorough understanding of the facts and legal issues associated with the case. Also, Mr. Hudson has deposed two plaintiffs in two other cases in the Southern District of New York with the permission of the Honorable Colleen McMahon and the Honorable Sidney H. Stein.[2] Thus, I believe that it is in the best interests of the City and defendant Maldonado for Mr. Hudson to depose the plaintiff under supervision.

---

[1] Plaintiff's deposition is currently scheduled for April 25, 2008, at 10:00 a.m.
[2] Depositions were taken by Mr. Hudson on February 12, 2008, in the matter of Kyra Lynch v. City of New York, et al., 07-CIV-10446 (CM)(MHD), and on March 31, 2008, and April 4, 2008, in the matter of Gary Silver v. City of New York, et al., 07-CV-9253 (SHS)(KNF).

Mr. Hudson passed the New York State bar examination given last July. Although Mr. Hudson is not yet admitted to the bar of the U.S. District Court for the Southern District of New York, he will be admitted to practice in New York State on April 28, 2008, and our office anticipates his admission to the Southern District shortly thereafter. I respectfully note for the Court's information that Assistant Corporation Counsels awaiting admission are permitted to practice under supervision in state court by order of the Appellate Division of the Supreme Court, First and Second Departments, under sections 478 and 484 of the Judiciary Law of the State of New York.

Accordingly, for the reasons set forth herein, we respectfully request that the Court permit Assistant Corporation Counsel Maurice Hudson to take the deposition of plaintiff Blaine Peterson on a *pro hac vice* basis. Thank you for your consideration of this request.

Respectfully submitted,

Jordan M. Smith
Assistant Corporation Counsel

cc: Leo Glickman, Esq. (BY FAX)
*Attorney for Plaintiff*
71 Nevins Street
Brooklyn, New York 11217
Fax: (718) 852-3586

Application Granted on consent.

SO ORDERED:
Date: 4/9/08    Richard M. Berman
Richard M. Berman, U.S.D.J.